812 A.2d 291

**ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner**

v.

**Bridgette M. HARRIS–SMITH, Respondent.**

**Misc. Docket AG, No. 84, Sept. Term, 2002.**

Court of Appeals of Maryland.

Dec. 4, 2002.

### ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16–772, it is this 4th day of December, 2002,

ORDERED, by the Court of Appeals of Maryland, that Bridgette M. Harris Smith be, and she is hereby, disbarred by consent from the practice of law in the State of Maryland.